IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                        Criminal No. RDB-14-0389

JERMAINE CANNADY, *et al.*,

Defendants.

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

This Court having reviewed the submissions of the Government and the Defendants, and having conducted a hearing and heard argument of Counsel, IT IS HEREBY ORDERED this 13th day of December, 2016, for the reasons stated on the record, that Defendants Jermaine Cannady, Cornell Brown, Dominic Parker, and Ronald Sampson's Joint Second Motion for New Trial (ECF No. 373) is GRANTED and that the Judgments against those Defendants are VACATED, pursuant to Rule 33 of the Federal Rules of Criminal Procedure;

IT IS FURTHER HEREBY ORDERED, for the reasons stated on the record, that Defendant Jermaine Cannady's Motion to Supplement Record from Sentencing Hearing (ECF No. 309) is WITHDRAWN AS MOOT; and

IT IS FURTHER HEREBY ORDERED that a two-week jury trial in the above-captioned case is now scheduled in this Court for <u>Monday, August 21, 2017</u> through <u>Friday, September 1, 2017</u>.

Copies of this Order shall be sent to Counsel of record.

_____
Richard D. Bennett
United States District Judge