RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT
MAR 29 2017
UNITED STATES DISTRICT COURT

March 28, 2017

Germaine Cannady #1577486
Chesapeake Detention Facility
401 E. Madison Street
Baltimore, MD 21202

Criminal No: RDB-14-0389

Dear Judge Bennett:

I am requesting on record the Court to clarify the legal aspect to me of prior government witnesses trial testimony and their testimony on a retrial. I have a great concerns on this issue because the bulk of the government's evidence against me is Mr. Barrett's testimony and his interpretation of the recorded calls of August 6th-11th, 2014 when he became a Government agent. On March 16th 2015 trial date pages 45-74 My Attorney Alan Bussard cross-examine government witness Mr. Barrett on the recorded calls and went through each one the calls in the transcript book that was provided by the Government. Mr. Barrett on record said, in response to every single phone call no, we're not talking about quantity, and we're not talking about price and we never talked about it. Also, I have experienced in the first trial that I addressed to the Court on June 29, 2015 Sentencing pages 117-119 testimony from Mr. Barrett that we're not in the discovery. Finally, United States Attorney Romano stated to My Attorney Alan Bussard that Mr. Barrett were going to testify at trial to his Proffer Hearing of the quantities that I were going to received on August 11, 2014. Mr. Barrett testified different from the quantites he stated in his Proffer Hearing at trial. "June 29, 2015 Sentencing page 119 #1-6".

Sincerely
Germaine Cannady
3-28-17