MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY     RDB-19-2612

| **United States District Court** | District | **EASTERN DISTRICT OF PENNSYLVANIA** |
|---|---|---|
| Name (under which you were convicted): Germaine Cannady | | Docket or Case No.: RDB-14-0389 |
| Place of Confinement: FCI SCHUYLKILL | | Prisoner No.: 33376-037 |
| UNITED STATES OF AMERICA<br><br>V. | | Movant (include name under which convicted) Germaine Cannady |

FILED
LODGED
ENTERED
RECEIVED

SEP - 9 2019

**MOTION**

CLERK U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
DEPUTY

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   United States District Court for the Northern District of Maryland

   (b) Criminal docket or case number (if you know): ___RDB-14-0389___

2. (a) Date of the judgment of conviction (if you know): ___3/20/15___
   (b) Date of sentencing: ___7/1/15___

3. Length of sentence: 192 months as to Count(s) 1 & 3 (concurrent).

4. Nature of crime (all counts): Count 1 Conspiracy to Distribute and Possession with
   Intent to Distribute Cocaine & Heroin (21 U.S.C. §846) Count 2 Attempted
   Possession With Intent to Distribute Cocaine & Heroin (21 U.S.C. §841(b)(1)(A)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒        (2) Guilty ☐        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☒        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐          No ☒

8. Did you appeal from the judgment of conviction?     Yes ☒          No ☐

9. If you did appeal, answer the following:
   (a) Name of court:   U.S. Court of Appeals for the Fourth Circuit
   (b) Docket or case number (if you know):   18-4339
   (c) Result:   Conviction & Sentence Affirmed
   (d) Date of result (if you know):   May 8, 2019
   (e) Citation to the case (if you know):   2019 U.S. App.LEXIS 13766
   (f) Grounds raised:  (1) There was a fatal variance between the indictment and the proof
   at trial (2) Denied a fair trial by the Court's refusal to give jury instruction
   on multiple conspiracies (3) District Court erred in refusing to sever Appellant's
   case from co-defendants (4) District Court erred in denying motion for judgement
   of acquittal

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐          No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know):
       (2) Result:

       (3) Date of result (if you know):
       (4) Citation to the case (if you know):
       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications,
    concerning this judgment of conviction in any court?
    Yes ☒          No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:   U.S. District Court of Maryland
        (2) Docket or case number (if you know):     (Same) RDB-14-0389

(3) Date of filing (if you know):    3/8/16 .

(4) Nature of the proceeding:   Motion for a New Trial

(5) Grounds raised:   Brady Violation

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ⊠        No ☐

(7) Result:   Granted

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket of case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:        Yes ☐        No ⊠ But Government appealed/ Decision reversed

(2) Second petition:     Yes ☐        No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:
Motion was granted in defendant's favor but government appealed and the motion

for a new trial decision in defendant's favor was reversed

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:**    Ineffective Assistance of Counsel See also attached Memorandum of Law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Defense Counsel provided constitutionally ineffective assistance of counsel by

failing to object and/or file a motion for a new trial on the grounds that the

government knowingly allowed false testimony to pass uncorrected which created

a false impression of material fact. See also attached Memorandum of Law

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:  Claims of ineffective assistance

of counsel are properly raised in habeas corpus proceedings.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** Ineffective Assistance of Counsel See also attached Memorandum of Law

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Defense Counsel provided constitutionally ineffective assistance by failing to investigate possible methods for impeaching the prosecution witness.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Claims of ineffective
assistance of counsel are properly raised in habeas corpus proceedings.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue:

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐     No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

       Yes ☐     No ☐

(2)  If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3)  Did you receive a hearing on your motion, petition, or application?

     Yes ☐      No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

     Yes ☐      No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

     Yes ☐      No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

13.  Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    Grounds were not raised due to counsel's ineffective assistance. See attached

    Memorandum of Law

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?      Yes ☐      No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:   Law Office of Alan R.L. Bussard, 101 E. Chesapeake Ave.

Towson, Maryland 21286

(b) At the arraignment and plea:   Same

(c) At the trial:   Same

(d) At sentencing:

Same

(e) On appeal:   Richard S. Stolker, Uptown Law, LLC, 2275 Research Blvd., Rockville,

Maryland 20850

(f) In any post-conviction proceeding:   N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:   N/A

_____

16. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐      No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐      No ☐

17. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

* 28 U.S.C. § 2255(f), provides that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

## CERTIFICATE OF SERVICE

I hereby certify that I mailed first class postage a true and correct copy of the foregoing document to the following party:

Christopher J. Romano, AUSA
Office of the U.S. Attorney
36 South Charles Street
Baltimore, MD 21201

_____
Name

9-5-19
Date